

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2021

No. 04-21-00543-CV

**IN RE** Nancy **ALANIS**

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019-CV-00584
Honorable David J. Rodriguez, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

Relator's petition for writ of mandamus is DENIED. An opinion will be forthcoming.

It is so **ORDERED** on December 10, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2019-CV-00584, styled *Wells Fargo Bank National Association, as Trustee for the Pooling and Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-NC2 Mortgage Pass Through Certificates, Series 2006 NC3 v. Nancy Alanis*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding and Cause No. 2021-CI-20923, styled *Nancy Alanis v. Wells Fargo Bank National Association, as Trustee for the Pooling and Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC Trust 2006-NC2 Mortgage Pass Through Certificates, Series 2006 NC3; and Mark Douglas Cronenwett*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathleen Stryker presiding.